# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DAWN ZIMMERMAN, et al.,**

    **Plaintiff,**

  v.                                  Case No. 2:22-cv-40
                                          Judge Edmund A. Sargus, Jr.
                                          Magistrate Judge Kimberly A. Jolson

**RUSS STEAMER SERVICE, LLC. et al.,**

    **Defendants.**

## ORDER

This matter is before the Court on Defendants' Motion for Judgment on the Pleadings as to Crossclaim of Defendant Target Corporation (ECF No. 58) and Defendants' Motion for Judgment on the Pleadings as to Third Party Complaint of Defendant-Third Party Plaintiff Target Corporation. On November 15, 2022, the Parties stipulated to the dismissal of these two claims. (ECF No. 69). Based on this stipulation, the Court **DENIES** ECF No. 58 and ECF No. 59 as **MOOT**. This case is to remain open.

        IT IS SO ORDERED.

**12/16/2022**                                                             s/Edmund A. Sargus, Jr.
**DATE**                                                                  **EDMUND A. SARGUS, JR.**
                                                                           **UNITED STATES DISTRICT JUDGE**